**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**IN ADMIRALTY**

IN THE MATTER OF:

Case No.: 4:13-cv-10155-MARTINEZ

COMPLAINT OF SUNSET WAVERUNNER TOURS, INC., For Exoneration from or Limitation of Liability as the owner of the unnamed 2012 Yamaha Waverunner Identification No. YAMAA2752C212, her engine, tackle, appurtenances, etc.
_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Petitioner, SUNSET WAVERUNNER TOURS, INC., by and through its undersigned counsel, does hereby stipulate and agrees to the dismissal with prejudice of all claims set forth in the Complaint for Exoneration and/or Limitation pursuant to a compromised settlement and agreement reached between the Petitioner and Claimant, Theresa E. Zindel.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
Dadeland Centre II – Suite 1400
9150 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 350-5300
Facsimile: (305) 373-2294

BY:  /s/ Melissa L. Button
     HENRY SALAS
     FBN: 815268
     Henry.Salas@csklegal.com
     MELISSA L. BUTTON
     FBN: 027557
     Melissa.Button@csklegal.com